IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



FILED
2017 NOV -9  PM 3: 54

| | | |
|---|---|---|
| DARYL NUTT, | § | |
|     PLAINTIFF, | § | CAUSE NO. A-16-CV-433-LY |
| | § | |
| V. | § | |
| | § | |
| TEXAS FARMERS INSURANCE COMPANY, | § | |
|     DEFENDANT. | § | |

## FINAL JUDGMENT

Before the court is the above entitled cause. On April 5, 2016, Plaintiff filed Plaintiff's Notice of Dismissal (Doc. #5), which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that all claims and causes of action are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that the case hereby **CLOSED**.

SIGNED this _9th_ day of November, 2017.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE